**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00225-CV**
_____

**CHRISTOPHER SULLIVAN, Appellant**

**VS.**

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,**
**Appellee**

On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 20-01-00683-CV

**MEMORANDUM OPINION**

Appellant, Christopher Sullivan, filed a motion to dismiss this appeal. This motion appears to be voluntarily made by Sullivan, and it was filed prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. Therefore, we grant the motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

1

Submitted on November 18, 2020
Opinion Delivered November 19, 2020

Before Kreger, Horton, and Johnson, JJ.